

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00409-CR

STANFORD REYNOLDS                                              APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
### TRIAL COURT NO. 1334683D

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

Appellant Stanford Reynolds, who filed a pro se notice of appeal, now wishes to dismiss his appeal. We have considered "Appellant's Motion To Dismiss Appeal." No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 1, 2016